UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| RITA CROCKER, INDIVIDUALLY AND AS ADMISNITRATRIX OF THE ESTATE OF MEGHAN CROCKER and BRUCE E. CROCKER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BOSTON CHILDREN'S HOSPITAL, CRAIG LILLEHEI, M.D., ROBERT C. CARTER, M.D., BRIAN A. JONES, M.D. and SUSAN WISHNIA, M.D.<br><br>　　　　Defendants | Civil Action no. 1:12-CV-11774-RWZ |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

NOW come the parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), and stipulate that said action be dismissed as to all defendants and all proposed defendants, with prejudice, without costs, and waiving all rights of appeal.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiffs,<br>By Their Attorney, | Respectfully Submitted<br>Defendant, Brian A. Jones, M.D.<br>By His Attorneys |
| */s/ David P. Angueira*<br>David P. Angueira, Esq.<br>BBO No.: 019610<br>dangueira@swartzlaw.com<br>Swartz & Swartz, P.C.<br>10 Marshall Street<br>Boston, MA 01208<br>(617) 742-1900 | */s/ Christopher R. Lavoie*<br>Christopher R. Lavoie, Esq.<br>BBO# 638276<br>CLavoie@charesdunnlaw.com<br>Mathew G. Dunn, Esq.<br>BBO# 667597<br>MDunn@charlesdunnlaw.com<br>DUNN and DUNN<br>One Union Street, 4th Floor<br>Boston, MA  02108<br>(617) 523-2950 |

| | |
|---|---|
| Respectfully Submitted<br>Defendant, Robert C. Carter, M.D.<br>By His Attorneys, | Respectfully Submitted<br>Defendants, Boston Children's<br>Hospital, and Craig Lillehei, M.D.<br>By Their Attorneys |
| /s/ John Reardon<br>John Reardon, Esq.<br>BBO # 554025<br>jreardon@hmdrslaw.com<br>Hamel Marcin Dunn Reardon & Shea<br>24 Federal Street, 11th Floor<br>Boston, MA 02110<br>(617) 482-0007 | /s/ Douglas Morgan<br>Douglas A. Morgan, Esq.<br>BBO # 557653<br>dam@mbblaw.com<br>McCarthy Bouley and Barry<br>47 Thorndike Street<br>Cambridge MA 02141<br>(617) 225-2211 |

Respectfully Submitted
Defendant, Susana Wishnia, M.D.
By Her Attorney

/s/ Anthony Ablen,
Anthony Abeln, Esq.
BBO # 669207
aabeln@morrisonmahoney.com
Morrison Mahoney
250 Summer Street
Boston, MA  02110
(t)   617-439-7500

Assented-To:
Proposed Defendants, George A. Taylor and
Raul Galvez-Trevino, M.D.,
By their attorneys,

/s/ Philip E. Murray, Jr.
Philip E. Murray, Jr.
B.B.O. # 364340
pmurray@mkblegal.com
MURRAY, KELLY & BERTRAND, P.C.
300 Trade Center – Suite 2700
Woburn, Massachusetts  01801-4711
Tel. (781) 569-0020

Dated: September 2, 2014

## CERTIFICATE OF SERVICE

I, Mathew G. Dunn, Attorney for the Defendant, Brian A. Jones, M.D., do hereby certify that true and accurate copies of Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) was served this 2nd day of September, 2014 via first class mail, postage prepaid to all counsel of record:

David P. Angueira, Esq.
Swartz &Swartz
10 Marshall Street
Boston, MA 02108

Douglas Morgan, Esq
McCarthy Bouley and Barry
47 Thorndike Street
Cambridge MA 02141

John Reardon, Esq.
Hamel, Marcin, Dunn Reardon & Shea, P.C.
24 Federal Street
Boston, MA 02110

Anthony Abeln, Esq.
Morrison Mahoney
250 Summer Street
Boston, MA 02110

Philip Murray, Esq.
Murray, Kelley & Bertrand, P.C.
Trade Center 128 - Suite 2700
Building 300
100 Sylvan Road
Woburn, MA 01801

Signed under the pains and penalties of perjury

Mathew G. Dunn
BBO #667597